# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| OSSAMA HALAH, A# 221223710 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-2208-S-BW |
| | § | |
| WARDEN, PRAIRIELAND DETENTION | § | |
| CENTER, et al. | § | |

## ORDER

On July 2, 2026, Petitioner Ossama Halah filed the Petition for Writ of Habeas Corpus ("Petition") [ECF No. 3] and the Emergency Motion to Expedite Consideration and Motion for Temporary Restraining Order ("Motion") [ECF No. 4]. Petitioner alleges generally that his continued detention is unlawful and requests, among other things, that the Court forbid Respondents Warden, Prairieland Detention Center, Todd Blanche, Immigration and Customs Enforcement, the U.S. Department of Homeland Security, and the Attorney General from continuing to detain Petitioner and forbid Respondents from removing Petitioner from the United States or transferring him from the Northern District of Texas.

Accordingly, it is **ORDERED** that Respondents, or any officer, agent, servant, employee, attorney, or representative acting on behalf of Respondents, **shall not** take any further action or steps to deport or remove Petitioner from the United States to another country, territory, or foreign territory, to transfer Petitioner from the Northern District of Texas, or to circumvent the provisions of this Order until the Court rules on the pending Motion and the underlying Petition.

**SO ORDERED.**

SIGNED July 6, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**