# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

OSSAMA HALAH, A# 221223710     §
§
v.     §     CIVIL ACTION NO. 3:26-CV-2208-S-BW
§
WARDEN, PRAIRIELAND DETENTION §
CENTER, et al.     §

## ORDER

Before the Court is Petitioner's Emergency Motion to Expedite Consideration and Motion for Temporary Restraining Order ("First Motion") [ECF No. 4] and Petitioner's Motion to Expedite Consideration ("Second Motion") [ECF No. 13] (together, "Motions"). The Court has considered the Motions, Respondents' Response to Motion for Temporary Restraining Order ("Response") [ECF No. 10], and the applicable law. The Motions recount similar facts and seek substantially similar relief, including Petitioner's immediate release from custody. First Mot. 4:98-5:107; Second Mot. 2:49-3:56. Because the Motions request Petitioner's release from custody, they improperly seek the ultimate relief sought in the pending Amended Petition for Writ of Habeas Corpus ("Amended Petition") [ECF No. 12]. *See Peters v. Davis*, No. 6:17-CV-595, 2018 WL 11463602, at *2 (E.D. Tex. Mar. 28, 2018) ("[T]he purpose of a preliminary injunction is not to give a plaintiff the ultimate relief he seeks[.]" (citation omitted)). Accordingly, the Court **DENIES** the Motions. The Court's Order dated July 6, 2026, *see* ECF No. 9 ("Order"), remains in effect pending the Court's ruling on the underlying Amended Petition.[1] The Amended Petition remains pending.

---

[1] The Court notes Respondents' request that the Court vacate the Order. Resp. 10. Respondents' request would be properly considered upon a motion.

**SO ORDERED.**

SIGNED July 9, 2026.

_____
UNITED STATES DISTRICT JUDGE