IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSSAMA HALAH<br>A# 221223710,<br>　　　　Petitioner,<br><br>v.<br><br>WARDEN, PRAIRIELAND<br>DETENTION CENTER, et al.,<br>　　　　Respondents | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>No. 3:26-CV-2208-S-BW<br><br><br><br>Referred to U.S. Magistrate Judge[1] |

## ORDER

Before the Court is an Emergency Motion for Reconsideration of Order Vacating Injunction, to Reinstate Order Prohibiting Removal, or, in the Alternative, For Temporary Restraining Order.  (Dkt. No. 17.)  The typewritten motion was received on August 3, 2026, and it purports to have been sent by Petitioner Ossama Halah, who is appearing pro se in this action, but it does not bear his signature. Additionally, the FedEx package in which the motion was delivered shows to have originated from Ana Vazquez Flores in Tucson, Arizona.  (Dkt. No. 17 at 12.) Other than the typed name on the motion, the document displays no indicia of having been created, authorized, or sent by Petitioner, who is detained in Alvarado, Texas.

---

[1] By Special Order No. 3-251, this habeas case has been automatically referred for full case management.

-1-

Fed. R. Civ. P. 11(a) requires that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented." The rule states that the Court must strike an unsigned filing unless the document is promptly corrected after the Court calls the party's attention to the matter. *See* Fed. R. Civ. P. 11(a).[2]

Petitioner's August 3, 2026, motion will be stricken unless, **within 14 days of the date of this order**, it is resubmitted under an original signature by Petitioner.

**SO ORDERED** on August 10, 2026.

_____
BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE

---

[2] Even if a habeas application may be signed by someone else, *see* 28 U.S.C. § 2242, the instant motion is not a habeas application, nor is it signed by anyone.

-2-