IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OSSAMA HALAH<br>A# 221223710,<br>Petitioner, | §<br>§<br>§<br>§ | |
| v. | § | No. 3:26-CV-2208-S-BW |
| WARDEN, PRAIRIELAND<br>DETENTION CENTER, et al.,<br>Respondents | §<br>§<br>§<br>§ | Referred to U.S. Magistrate Judge[1] |

## ORDER

On August 3, 2026, the clerk received an Emergency Motion for Reconsideration of Order Vacating Injunction, to Reinstate Order Prohibiting Removal, or, in the Alternative, For Temporary Restraining Order on behalf of Petitioner Ossama Halah. (*See* Dkt. No. 17.) On August 10, the Court noted that the submission bears no indicia of having been created by, authorized, or sent by Petitioner, who is appearing pro se in this action. (*See* Dkt. No. 18.) The Court therefore stated that the filing would be stricken unless it is submitted under an original signature by Petitioner within 14 days. (*Id.*)

Petitioner's deadline to resubmit the emergency motion has passed, and he has not resubmitted the emergency motion. The Court therefore **STRIKES** the emergency motion. (Dkt. No. 17.) Alternatively, if the Court were to consider the

[1] By Special Order No. 3-251, this habeas case has been automatically referred for full case management.

substance of the motion the Court would have denied the motion because it does not state grounds warranting reconsideration or a different decision with respect to recission of the prior order.

**SO ORDERED** on August 27, 2026.

BRIAN McKAY
UNITED STATES MAGISTRATE JUDGE