# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| OSSAMA HALAH, A# 221223710 | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-2208-S-BW |
| | § | |
| WARDEN, PRAIRIELAND DETENTION CENTER, et al. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **DENIES** as moot the Emergency Motion for Reconsideration of Order Vacating Injunction, to Reinstate Order Prohibiting Removal, or, in the Alternative, for Temporary Restraining Order [ECF No. 25] and will, by separate judgment, **DISMISS WITHOUT PREJUDICE** as moot the Amended Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [ECF No. 12].

**SO ORDERED.**

SIGNED October 23, 2026.

Karen Gren Scholer

**UNITED STATES DISTRICT JUDGE**